**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-01472-SRC |
| | ) | |
| LUXLIVING LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF COMPLIANCE**

Now comes Plaintiff Kevin Brown, by and through counsel, and gives notice that he has complied with the Court's Order of November 10, 2026 ("Order") [ECF 93], and states as follows:

1. On November 10, 2026, the Court entered its Order directing Plaintiff to serve Defendant McKenzie St. Louis LLC by summons and to effect service no later than November 16, 2026.

2. On November 13, 2026, at 4:19 p.m., Plaintiff, by and through ABC Legal's process server, Kayode Ajibolade, served the Summons and Second Amended Complaint on McKenzie St. Louis LLC. The server delivered the documents to Marty Butler, a person authorized to accept service of process on behalf of Registered Agents, Inc., the registered agent of McKenzie St. Louis LLC, at 117 S. Lexington St., Ste. 100, Harrisonville, Missouri 64701-2443. *See* Fed. R. Civ. P. 4(h)(1)(B).

3. The process server's Proof of Service, executed under penalty of perjury on November 13, 2026, is attached as **Exhibit A** and is filed as proof of service under Fed. R. Civ. P. 4(l)(1).

4. Service on McKenzie St. Louis LLC was therefore timely effected on November 13, 2026.

Dated: November 13, 2026

Respectfully submitted,

**JONATHAN F. ANDRES, P.C.**

By: /s/ Jonathan F. Andres
Jonathan F. Andres, #39531MO
1127 Hoot Owl
St. Louis, MO 63005
(636) 633-1208
andres@andreslawpc.com

*Attorney for Kevin Brown*

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of November 2026, the foregoing, together with Exhibit A, was electronically with the Clerk of Court using the CM/ECF system, which will send notice and a copy of the filing to all counsel of record.

/s/ Jonathan F. Andres